WILMERHALE

January 23, 2023

**By CM/ECF**

Seth P. Waxman

+1 202 663 6800 (t)
+1 202 663-6363(f)
Seth.Waxman@wilmerhale.com

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  Rynasko v. New York University, Case No. 21-1333

Please take notice that, as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP and the undersigned attorney for Appellee New York University changed their business address. The new mailing address is as follows:

WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

Respectfully submitted,

*/s/ Seth P Waxman*
Seth P Waxman

cc: All counsel of record (by CM/ECF)