21-1333
*Rynasko v. N.Y. Univ.*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-three.

PRESENT:

>RICHARD J. SULLIVAN,
>JOSEPH F. BIANCO,
>MICHAEL H. PARK,
>WILLIAM J. NARDINI,
>EUNICE C. LEE,
>BETH ROBINSON,
>MYRNA PÉREZ,
>SARAH A. L. MERRIAM,
>MARIA ARAÚJO KAHN,
>*Circuit Judges.*

───────────────────────────────────

CHRISTINA RYNASKO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

>*Plaintiff-Appellant*,

v.  No. 21-1333

NEW YORK UNIVERSITY,

>*Defendant-Appellee.*

───────────────────────────────────

| | |
|---|---|
| For Plaintiff-Appellant: | Joseph I. Marchese, Bursor & Fisher, P.A., New York, NY. |
| For Defendant-Appellee: | Seth P. Waxman (Alan Schoenfeld, on the brief), Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, and Brian S. Kaplan (Keara Gordon, Colleen Carey Gulliver, Rachael C. Kessler, Ilana H. Eisenstein, on the brief), DLA Piper LLP (US), New York, NY. |

Following disposition of this appeal on March 23, 2023, Defendant-Appellee filed a petition for rehearing *en banc*. A judge on the panel thereafter requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, the petition for rehearing *en banc* is hereby **DENIED**.

Debra Ann Livingston, *Chief Judge*, and Raymond J. Lohier, Jr., Steven J. Menashi, and Alison J. Nathan, *Circuit Judges*, took no part in the consideration or decision of the petition.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court